**JOSEPH BRADY, Plaintiff** *pro se*

**603 SEAGAZE DRIVE, #106**

**OCEANSIDE, CALIFORNIA 92054**

**TEL: 760.803.7172**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| JOSEPH BRADY, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. '21CV1583 CAB AHG |
| PAUL T. BREED et al, | |
| Defendants. | **JURY TRIAL DEMANDED** |

### PLAINTIFF'S MOTION TO BE REGISTERED AS A CM/ECF USER FOR THIS MATTER ONLY

COMES NOW, **JOSEPH BRADY**, plaintiff *pro se* in the above-styled matter ("Plaintiff"), and, as a *pro se* party, files and serves this his Motion to be Registered as a CM/ECF User for this Matter Only.

Plaintiff agrees to abide by all applicable Court Rules, Orders and policies and procedures governing the use of the electronic filing system. Plaintiff further consents to receiving notice of filings via the Court's electronic filing system, and Plaintiff further agrees to file all documents electronically in the above-styled appeal.

Plaintiff further agrees to protect the security of any and all passwords issued to him, and to immediately notify the Clerk of the Court if Plaintiff learns that any such password has been compromised by an unauthorized user.

*Brady v. Breed et al, USDC SD CA SD*

1   This 7 day of September, 2021.

JOSEPH BRADY,
Plaintiff *pro se*

4   603 SEAGAZE DRIVE, #106
5   OCEANSIDE, CALIFORNIA 92054
6   TEL: 760.803.7172

28  *Brady v. Breed et al, USDC SD CA SD*

Motion to be Registered for CM/ECF            2