1  Joseph Brady, Plaintiff *Pro se*

2  603 Seagaze Drive, #106

3  Oceanside, CA  92154

4  Tel: (760) 803-7172

5

6          **IN THE UNITED STATES DISTRICT COURT**
           **SOUTHERN DISTRICT OF CALIFORNIA**
7                **SAN DIEGO DIVISION**

8  **JOSEPH  BRADY**,                        *

                                            *
9          Plaintiff,                        *
                                            *    CIVIL ACTION
10  v.                                       *
                                            *    No.  21-cv-1583-CAB-AHG
11  **PAUL T. BREED** *et al,*               *
                                            *
12          Defendants.                      *    **NOTICE OF FILING VOLUNTARY**
                                            *    **DISMISSAL OF ALL CLAIMS,**
13  _____        *    **WITHOUT PREJUDICE PURSUANT**
                                            *    **TO FED. R. CIV. P. 41(a)(1)(A)(I)**
14

15          COMES NOW, plaintiff **JOSEPH BRADY**, *pro se,* and, pursuant to Fed. R. Civ. P.

16  41(a)(1)(A)(i), by absolute right, hereby  files this Notice of Voluntary Dismissal of All Claims

17  in the above-styled matter, without prejudice, and further shows this Court as follows:

18          1.      **JOSEPH BRADY** ("Plaintiff") is the plaintiff in the above-styled matter, who is

19  proceeding *pro se* in this case which includes claims for violation of Plaintiff's civil rights

20  pursuant  to 42 U.S.C. § 1983.

21          2.      On September 8, 2021, Plaintiff filed the Complaint commencing this action.

22  (ECF No. 1.)

23          3.      No defendant has filed or served an Answer in the above-styled matter.

24          4.      No defendant has filed or served a motion for summary judgment in the above-

25  styled matter.

26          5.      Plaintiff has an absolute  right to voluntarily dismiss this case under

27

28  *Brady v. Breed et al,* USDC SDCA No, 21-cv-1583-CAB-AHG

Plaintiff's Notice of Voluntary Dismissal per Fed. R. Civ. P. 41(a)(1)(A)(i)                    1

1   Rule 41(a)(1)(A)(i)  of  the Federal Rules of Civil Procedure.

2       6.      In Wilson v. City of San Jose, the Ninth Circuit Court of Appeals explained:

3   "Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss

4   his action prior to service by the defendant of an answer or a motion for summary

5   judgment.  Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing  Hamilton v.

6   Shearson-Lehman American Express, 813 F.2d 1532, 1534 (9th Cir. 1987))  Wilson, 111

7   F. 3d. 688, 689 - 690 (9th Cir. 1997).

8       7.      A plaintiff may dismiss his action so long as the plaintiff files a notice of

9   dismissal prior to a defendant's service of an answer or motion for summary judgment.

10  Wilson, 111 F. 3d. 688, 689 - 690 (9th Cir. 1997).

11      8.      The dismissal is effective on filing and no court order is required. Wilson, 111 F.

12  3d. 688, 689 - 690 (9th Cir. 1997).

13      9.      The plaintiff may dismiss some or all of the defendants, or some or all of his

14  claims, through a Rule 41(a)(1) notice.   Wilson, 111 F. 3d. 688, 689 - 691 (9th Cir. 1997);

15  Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995);  Hamilton v. Shearson-Lehman

16  American Express, 813 F.2d 1532, 1534 (9th Cir. 1987);  Pedrina v. Chun, 987 F.2d 608, 609-

17  10 (9th Cir. 1993).

18      10.     The filing of a notice of voluntary dismissal with the court pursuant to

19  Fed. R. Civ. P. 41(a)(1)(A)(i) automatically terminates the action as to the defendants who are

20  the subjects of the notice. Concha, 62 F.2d at 1506.

21      11.     Unless otherwise stated, the filing of a notice of voluntary dismissal with the court

22  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) is regarded as a dismissal without prejudice to the

23  plaintiff's right to commence another action for the same cause against the same defendants.

24  See, e.g., Concha, 62 F.2d at 1506;  McKenzie v. Davenport- Harris Funeral Home, 834 F.2d

25  930, 934-35 (9th Cir. 1987)).

26      12.     A voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) leaves the parties

27

28  Brady v. Breed et al, USDC SDCA No, 21-cv-1583-CAB-AHG

Plaintiff's Notice of Voluntary Dismissal per Fed. R. Civ. P. 41(a)(1)(A)(i)            2

1  as though no action had been brought.  *See, e.g.,* <u>Concha</u>, 62 F.2d at 1506;  <u>McKenzie v.</u>

2  <u>Davenport- Harris Funeral Home,</u> 834 F.2d at 934-35; <u>Wilson</u> , 111 F.3d at 692.

3        13.    No defendant has filed or served an answer or motion for summary judgment in

4  this case.

5        14.    Therefore, Plaintiff's filing of this Notice of Dismissal pursuant to Fed. R. Civ. P.

6  41(a)(1)(A)(i) is effective as of the date of filing the same, and this case must be closed.  *See,*

7  *e.g.,* <u>Concha</u>, 62 F.2d at 1506;  <u>McKenzie v. Davenport- Harris Funeral Home,</u> 834 F.2d at

8  934-35; <u>Wilson</u> , 111 F.3d at 692.

9        15.    The Plaintiff further states that Plaintiff has been compelled to file this voluntary

10  dismissal without prejudice due to ongoing illegal, wrongful, and  damaging interference and

11  obstruction of Plaintiff's business affairs and bank accounts.

12        16.    Accordingly, this Notice of Dismissal pursuant to Fed. R. Civ. P.

13  41(a)(1)(A)(i) is effective as of the date it of filing hereof.

14        17.    All of Plaintiff's claims in the above-styled matter are therefore dismissed in their

15  entirety without prejudice.

16        18.    Plaintiff hereby requests that the Clerk of the Court close the file in the above-

17  styled matter and adjust the docket to reflect voluntary dismissal of this action pursuant to

18  Fed. R. Civ. P. 41(a)(1)(A)(i).

19        This 27th day of March, 2022.

20

21                    s/ JOSEPH BRADY_____
                      Plaintiff *pro se*

22  603 Seagaze Drive, #106
   Oceanside, CA  92154
23  Tel: (760) 803-7172

24

25

26

27

28  *Brady v. Breed et al,* USDC SDCA No, 21-cv-1583-CAB-AHG

Plaintiff's Notice of Voluntary Dismissal per Fed. R. Civ. P. 41(a)(1)(A)(i)          3

## CERTIFICATE OF SERVICE

     Plaintiff hereby certifies that a true and correct copy of the attached and foregoing Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) has been electronically served on all named Defendants by Plaintiff's filing a copy of the same with this Court's CM/ECF system.

     This 27th day of March, 2022.

                    s/ JOSEPH BRADY_____
                    Plaintiff *pro se*

603 Seagaze Drive, #106
Oceanside, CA 92154
Tel: (760) 803-7172

*Brady v. Breed et al,* USDC SDCA No, 21-cv-1583-CAB-AHG

Plaintiff's Notice of Voluntary Dismissal per Fed. R. Civ. P. 41(a)(1)(A)(i)      4